UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:24cv24604

MARIA ALBALADEJO,

    Plaintiff,

VS.

PARTNERS FEDERAL CREDIT UNION,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC and
EQUIFAX INFORMATION SERVICES, INC.,

    Defendants,
_____/

## JOINT NOTICE OF PROPOSED SETTLEMENT

    Plaintiffs hereby notifies the Court that Plaintiff, MARIA ALBALADEJO, & EQUIFAX INFORMATION SERVICES, INC., have settled this matter in principal and are awaiting the signature of those parties on the settlement documents. Plaintiff requests thirty (30) days to file the requisite dismissal notice.

    Respectfully submitted this 10th day of February 2025.

| | |
|---|---|
| */s/Kevin Rajabalee, Esq* | */s/ Jason Daniel Joff* |
| Kevin Rajabalee, Esq. | Jason Daniel Joff Esq. |
| Fla. Bar No. 119948 | Fla. Bar No. 0013564 |
| Debt Shield Law | Equifax Information Services LLC |
| 3440 Hollywood Blvd., Suite 415 | 200 S. Biscayne Blvd. Suite 3400 |
| Hollywood, FL 33021 | Miami, FL 33131 |
| Tel:754-800-5299 | Telephone: : (305) 577-7000 |
| Fax:     305-503-9457 | Email: jason.joffe@squirepb.com |
| service@debtshieldlaw.com | |
| kevin@debtshieldlaw.com | |
| | |
| *Counsel for Plaintiff* | *Counsel for EQUIFAX* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:24cv24604

MARIA ALBALADEJO,

    Plaintiff,

VS.

PARTNERS FEDERAL CREDIT UNION,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC and
EQUIFAX INFORMATION SERVICES, INC.,

    Defendants,
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 10, 2025 I filed the foregoing document with the Clerk of Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              */s/Kevin Rajabalee, Esq*
                                              Kevin Rajabalee

All Defendants

Via transmission of Notices of Electronic Filing generated by CM/ECF