# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE NO: 1:24cv24604

**MARIA ALBALADEJO,**

     **Plaintiff,**

**vs.**

**PARTNERS FEDERAL CREDIT UNION,**
**EXPERIAN INFORMATION SOLUTIONS, INC.,**
**TRANS UNION, LLC and**
**EQUIFAX INFORMATION SERVICES, INC.,**

     **Defendant(s).**

_____/

## JOINT NOTICE OF PROPOSED SETTLEMENT

     Plaintiffs hereby notifies the Court that Plaintiff **MARIA ALBALADEJO** and **PARTNERS FEDERAL CREDIT UNION** have settled this matter in principal. Plaintiff requests thirty (30) days to file the requisite dismissal notice.

Respectfully submitted this on the 17th day of June 2025.

**DEBT SHIELD LAW**
*/s/ Kevin Rajabalee, Esq.*
Fla. Bar. No. 119948
3440 Hollywood Blvd., Suite 415
Hollywood, FL 33021
Main: 754-800-5299
Direct: 954-667-3096
Fax: 305-503-9457
kevin@debtshieldlaw,com
dayami@debtshieldlaw.com
service@debtshieldlaw.com
*Attorney for Plaintiff*

**/s/ Geralyn M. Passaro**
Geralyn M. Passaro, Esq.
**Florida Bar No. 613533**
Javiera B. Sundar, Esq.
Florida Bar No. 1002854
LITCHFIELD CAVO LLP
Counsel for Defendant
600 Corporate Drive, Suite 600
Fort Lauderdale, FL 33334
954)689-3011 – Direct
(954)689-3001 – Facsimile
E-Mail:passaro@litchfieldcavo.com
E-Mail: donaldson@litchfieldcavo.com
*Attorneys for Partners Federal Credit Union Bank, N.A.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 1:24cv24604**

**MARIA ALBALADEJO,**

     **Plaintiff,**

**vs.**

**PARTNERS FEDERAL CREDIT UNION,**
**EXPERIAN INFORMATION SOLUTIONS, INC.,**
**TRANS UNION, LLC and**
**EQUIFAX INFORMATION SERVICES, INC.,**

     **Defendant(s).**

_____/


**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on June 17, 2025, I filed the foregoing document with the Clerk of Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>/s/Kevin Rajabalee,</u>

Kevin Rajabalee,Esq

All Defendants
Via transmission of Notices of Electronic Filing generated by CM/ECF.